[Cite as *Lee-Good v. Unknown*, 2010-Ohio-6636.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MS. DORA LEE-GOOD

    Plaintiff

    v.

Case No. 2010-09485-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL
UNKNOWN


{¶ 1} On July 28, 2010, this court issued an entry dismissing the City of Akron as a party and ordering plaintiff's to submit an amended complaint naming an appropriate defendant or face dismissal of her case. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED without prejudice. The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Ms. Dora Lee-Good
1256 Vernon Odom Blvd.
Akron, Ohio  44307

DRB/laa
Filed 10/12/10
Sent to S.C. reporter 1/21/11